UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

                           Plaintiff,

v.

JOHN L. HUTCHINS & ROBERTO SOLIMAN

                           Defendants.
_____

**SUPPLEMENTAL
DECLARATION**

Cri. No. 22-CR-42-JLS-JJM

RODNEY O. PERSONIUS declares the truth of the following under the penalty of perjury:

1.      I am a member of Personius Melber LLP, and am acting as retained counsel for defendant Roberto Soliman.

2.      A motion for permission to travel was filed on behalf of Mr. Soliman at Doc. No. 59 on September 21, 2023.

3.      The proposed travel covers the time period September 22 through September 25, 2023, and consists of visiting northern Virginia and Washington DC for what is described in the application as "pleasure."

4.      In the past, Mr. Soliman has on several occasions requested permission to travel to the same vicinity for the same purpose.

5.      On each occasion, as is also true in this instance, his supervising Probation Officer has had no opposition to the proposed travel.

6.      On each prior occasion, the request was granted.

7.      In this instance, the Court has issued a Text Order (Doc. No. 59) which states as follows: "Given the frequency of trips, the proposed solo travel for pleasure, and the lack of plans

to meet with others, the Court needs more information and the purpose of this (and any future) trip." A copy of this Text Order is annexed as **Exhibit A**.

8.      Mr. Soliman was born and raised in Egypt, and is steeped in both Mediterranean culture and cuisine.

9.      While he has family, including a wife and children, they do not presently reside in the United States.

10.      He lives alone in Niagara Falls, NY, and works.

11.      For all intents and purposes, he does not have a social life.

12.      From time to time, with permission of the Court, he travels alone to northern Virginia and Washington DC for the primary purpose of going to restaurants in that area that offer Mediterranean cuisine and music.

13.      Prior to being arrested, he frequented similar Mediterranean restaurants located in Mississauga, Ontario, Canada.

14.      Since his arrest, the conditions of his release prevent him from crossing the border.

15.      He has identified northern Virginia as having several Mediterranean restaurants similar to the ones he used to visit in Mississauga.

16.      Annexed as **Exhibits B** through **Exhibit F** are excerpts from websites for five Mediterranean restaurants located in northern Virginia that the defendant has patronized.

17.      In particular, **Exhibit B** is an excerpt from the website for the Martini Lounge located in Falls Church, VA; **Exhibit C** is an excerpt from the website for the Zikrayet Restaurant located in Alexandria, VA; **Exhibit D** is an excerpt from the website

for the Cloud Lounge located in Arlington, VA; **Exhibit E** is an excerpt from the website for the Phoenicia Restaurant & Lounge located in Vienna, VA; and, **Exhibit F** is an excerpt from the website for the Sahara Restaurant Lounge located in Sterling, VA.

18.     In each instance, the provided website excerpt reflects that the restaurant's cuisine is Mediterranean in style, and that live music is offered.

19.     Neither this cuisine nor type of music is available in western New York.

20.     The cultural opportunities and large variety of museums available in Washington DC is the secondary reason he chooses to travel to this area of the country.

21.     It is solely for these reasons that, whenever he has the opportunity, Mr. Soliman chooses to travel alone to northern Virginia and the Washington DC area.

22.     Upon information and belief, since his arrest, Mr. Soliman has been compliant with all conditions of his pretrial release, including during periods when he has been allowed to travel outside the district.


**WHEREFORE**, the defense reiterates its request that the Court permit the proposed travel on the part of Mr. Soliman to northern Virginia and Washington DC over the period September 22 through September 25, 2023.


Dated: Buffalo, New York
        September 21, 2023


                                        **/s/ Rodney O. Personius**
                                        Rodney O. Personius
                                        PERSONIUS MELBER LLP
                                        *Attorneys for Defendant*
                                        ROBERTO SOLIMAN
                                        2100 Main Place Tower
                                        Buffalo, NY 14202

(716) 855-1050
rop@personiusmelber.com

TO:    AUSA Paul Bonnano
United States Attorney's Office
Western District of New York
Buffalo, New York 14202


USPO Andre McCray
United States Probation Office
2 Niagara Square
Buffalo, New York 14202


Paul Cambria, Esq.
Justin Ginter, Esq
Lipsitz Green Scime Cambria LLP
42 Delaware Ave. #120
Buffalo, New York 14202

# EXHIBIT A

## Rodney O. Personius

| | |
|---|---|
| **From:** | webmaster@nywd.uscourts.gov |
| **Sent:** | Thursday, September 21, 2023 11:10 AM |
| **To:** | Courtmail@nywd.uscourts.gov |
| **Subject:** | Activity in Case 1:22-cr-00042-JLS-JJM USA v. Hutchins, et al. Text Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. DISTRICT COURT

### U.S. District Court, Western District of New York

## Notice of Electronic Filing

The following transaction was entered on 9/21/2023 at 11:10 AM EDT and filed on 9/21/2023

| | |
|---|---|
| **Case Name:** | USA v. Hutchins, et al. |
| **Case Number:** | 1:22-cr-00042-JLS-JJM |
| **Filer:** | |
| **Document Number:** | 60(No document attached) |

**Docket Text:**
**TEXT ORDER as to defendant Roberto Soliman's [59] motion to travel. Given the frequency of trips, the proposed solo travel for pleasure, and lack of plans to meet with others, the Court needs more information and the purpose of this (and any future) trip. Issued by Hon. John L. Sinatra, Jr. on 9/21/2023. (KLH)**

**1:22-cr-00042-JLS-JJM-2 Notice has been electronically mailed to:**

Rodney O. Personius    rop@personiusmelber.com, amb@personiusmelber.com, gmd@personiusmelber.com

Paul J. Cambria, Jr    pcambria@lglaw.com, kdrewery@lglaw.com

Justin D. Ginter    jginter@lglaw.com, aworkman@lglaw.com, kdrewery@lglaw.com, kreumann@lglaw.com

Paul E. Bonanno    paul.bonanno@usdoj.gov, samantha.burlow@usdoj.gov

**1:22-cr-00042-JLS-JJM-2 Notice has been delivered by other means to:**

1

# EXHIBIT B



# MENU

CUISINE     SUSHI     BAR     DESSERT

## CUISINE

**Martini Mix Grill – $49**
Lambchop (2 pieces)
1 lamb Kabob Skewer, Chicken Kabob Skewer. 1 Lamb & Beef
Kabob Skewer served over rice and grilled vegetables

**Lambchop – $34**
4 pieces served over rice with garlic mashed potatoes and
grilled vegetables

**Lamb & Beef Kabob Skewer – $26**
Ground meat, 2 kabobs served over rice and grilled
vegetables

**Chicken Kabab Tikka Skewer – $21**
2 marinated chicken breast served over rice and grilled
vegetables

**Lamb Beef Shawarma (gyro) – $22**
Served over rice or with fries

**Baked Glazed Salmon – $27**
Served over rice with sweet plantains

**Grilled Half Chicken – $16**
Served with over rice with baby carrots

**Shrimp Florentine – $24**
White garlic sauce with spinach topped with parmesan
and romaine choose

**Baked Lasagna – $22**
Pasta layers of seasoned ground beef ricotta, mozzarella
with marinara sauce baked and topped with melted
mozzarella

**Chicken Fettuccine Alfredo – $22**
Sauteed mushrooms in a creamy Alfredo sauce served
over a bed of fettuccine

**Pesto Pasta – $19**
Creamy Pesto sauce with sun dried tomato

**House Cheese Burger – $16**
8 oz served with lettuce, tomato, grilled onion, grilled
mushroom, mayo, and a side of fries

## Soups

**Lentil Soup – $7**
**Soup of the Day – $8**

## Appetizers

**Hummus – $7**
**Baba ganoush – $7**
**Labneh – $8**
**Spicy Meze – $7**
**Tabouli – $6**
**Tzatziki yogurt (cacik) – $6**
**Grape Leaves – $8**
**Mixed Meze – $20**
**Chicken Quesadilla – $11**
**Chicken Wings (hot/mild/barbeque)**
(10) pieces $16
(20) pieces $26
(30) pieces $36
Served with carrots, celery, ranch or blue cheese
**Chicken Tenders (with fries) – $10**
**Mozzarella Sticks – $12**
Served with marinara sauce
**Jalapeno Poppers – $12**
Served with Ranch dressing
**Onion Rings – $8**

**BEVERAGE**
**Coke Products – $3**
**Bubble tea – $7**
**Smoothies – $7**
**Hot Tea – $4**
**American Coffee – $6**
**Green Tea – $4**

## Salads

**Caesar Salad – $12**
Served with Caesar dressing

**Mediterranean Salad – $14**
Mixed greens over bed of lettuce served with House dressing

**Shepherd's Salad – $12** Tomato, cucumbers, onion, and parsley served
with House dressing



MARTINI

SEE MENU & ORDER



# WHY MARTINI LOUNGE?

Welcome to Martini, the premier nightclub in the heart of the city. With our state-of-the-art sound and lighting, talented DJs, and live singers, we offer an unforgettable nightlife experience. Our extensive drink selection and spacious venue make us the perfect destination for any occasion, from intimate gatherings to large-scale events. Come join us for a night of fun, music, and drinks at Martini!

**VISIT US**

6763 Wilson Blvd. Unit R3 Falls Church, VA 22044

Tel: 703-712-7314

Open from 4pm to 2am

**WORK WITH US**

Contact the manager on duty for more info.

**FOLLOW US**

Automated page speed optimizations for fast site performance

# EXHIBIT C

Reservations   Online Order       703-838-2008   2006 Eisenhower Ave, Alexandria, VA 22314

Zikrayet   Food   Drinks   Hookah   Live Entertainment   Gallery   Contact Us   About Us

# CONTACT US

Send us a message and we'll get back to you as soon as possible.
Looking forward to hearing from you.

## OPENING HOURS

| Monday | 12:00PM - 1:30AM |
| Tuesday | 12:00PM - 1:30AM |
| Wednesday | 12:00PM - 1:30AM |
| Thursday | 12:00PM - 1:30AM |
| Friday | 12:00PM - 1:30AM |
| Saturday | 1:00PM - 1:30AM |
| Sunday | 1:00PM - 1:30AM |

**Name**
[Name]

**PURPOSE OF THE CONTACT**
[Catering ▼]

**PHONE**
[PHONE]

**Email**
[Email]

**COMMENTS**
[COMMENTS]

☐ Check here to receive email updates

SUBMIT

Make a Reservation

2 people    Sep 21, 2023    7:00 PM    [Find a Table]

OpenTable



## VISIT US

2006 Eisenhower Ave, Alexandria, VA 22314

703-838-2008

zikrayet@zikrayet.com

## Accepted Payment methods







  

 





## LIVE ENTERTAINMENT

We bring some of the most talented Arabic performers here across the U.S and the world. With the heat of Arabic drums, a fully stocked bar, and an expansive dance floor Z-house transforms into a lively Beirut nightclub every weekend.

Performances begin after 9 p.m. every Friday and Saturday. Call ahead and book your table as they go fast.

RESERVATION

# EXHIBIT D

















Share    Mezze    Salads    Bites    Kask    Specialty    Hot Drinks    Cold Drinks    Temperance Bar    Desserts

Mixed Nuts ⑳        $ 12.00

Activated Almonds,        $ 12.00
Walnuts & Turmos

Crudités        $ 8.00

Nachos        $ 12.00

Twin Sliders        $ 13.00

Wings (5)        $ 15.00

EXHIBIT E

 2236 Gallows Rd, Vienna, VA 22182   (703) 204-9555

CONTACT   HOME

**PHOENICIA** RESTO & LOUNGE

ABOUT   MENU ⌄   ORDER ONLINE ⌄   CONTACT

Search...   



2236 Gallows Rd, Vienna,
VA 22182 Get Directions

# (703) 204-9555

info@phoeniciaresto.com

## PHOENICIA MENUS

## CATERING MENU

## CATERING

## FULL BAR MENU

ABOUT
MENU

Dine In Menu

Desserts & Beverages

From The Bar

Catering Menu

Hookah

Order Online

Grubhub

Uber Eats

Doordash

Catering / EZ Cater

CONTACT

**NAME** *

First                                    Last

**EMAIL** *

**MESSAGE** *

Submit





ABOUT     MENU ⌄     ORDER ONLINE ⌄     CONTACT

# MEZZA / TAPAS

| | | |
|---|---|---|
| **RAHEB** | grilled eggplant / lemon / fresh peppers / walnuts / olive oil | 10.0 |
| **HUMMUS BIL LAHME** | hummus/ small beef cuts of tenderloin/ pine nut | 11.0 |
| **MOUHAMARA** | sun-dried peppers / bread crumbs / walnuts / lemon / olive oil | 8.0 |
| **ADONIS** | feta cheese / tomato : scallion / sumac / olive oil | 9.0 |
| **HOME-MADE LABNEH** | strained yogurt / olive oil / zaatar | 8.0 |

| | | |
|---|---|---|
| **HUMMUS** | chickpea puree / lemon / tahini / olive oil | 8.5 |
| **BABA GHANOUSH** | grilled eggplant / lemon / tahini / olive oil | 9.0 |
| **WARAK ENAB BIL ZEIT** | grape leaves / rice / tomato / parsley / lemon / onions / olive oil | 10.0 |
| **FUSION HUMMUS** | chickpea puree / lemon / tahini / red pepper / olive oil | 9.0 |
| **COLD MEZZA SAMPLER** | hummus / baba ghanoush / grape leaves / mouhamara / tabouleh | 22.0 |



A gratuity of 18% will be automatically added to your dine in bill.

| | |
|---|---|
| **REGULAR HEAD** | **21.0** |
| REFILL | 8.0 |
| **GRAPEFRUIT HEAD** | **25.0** |
| REFILL | 10.0 |

**SPECIAL EVENT HOOKAH**  **25.0**

During Live Entertainment events

# FLAVORS

Phoenicia Special Mix* Must Try! ~ Summer Mix (Grapefruit, Kiwi, Lemon) ~ Amazing Mix (Pineapple, Kiwi, Gum mint) ~ Double Apple ~ Double Apple Mint ~ Watermelon ~ Watermelon ~ Mint ~ Grape ~ Grape Mint ~ Lemon ~ Lemon Mint ~ Orange ~ Orange Mint ~ Grapefruit ~ Grapefruit ~ Mint ~ Blueberry ~ Blueberry Mint ~ X-Berry Mint ~ Gum ~ Gum Mint ~ Gum Cinnamon ~ Blue Mist ~ Blue Mist Mint ~ Safari Melon Due ~ X On The Beach ~ Tropicool ~ Sunny Moon ~ Lemon with Honey ~ Mint ~ Peach ~ Kiwi ~ Strawberry ~ Mango Pineapple ~ Margarita



**ABOUT**

HOME

MEDIA

CONTACT

**MENUS**

DINE IN MENU

CATERING MENU

HOOKAH MENU

PRINTABLE (PDF) MENU

**WHERE WE ARE**

2236 Gallows Rd.
Vienna, VA 22182

(703) 204-9555

info@phoenicaresto.com

**BUSINESS HOURS**

Monday – Thursday: 11:30am – 12:00am
Friday: 11:30am – 2am
Saturday: 12:00pm – 2am
Sunday: 12:00pm – 12:30am

| Design by code deco.

# EXHIBIT F



## Welcome to Sahara Restaurant Lounge

   

**Restaurant**       **Hookah Lounge**       **Full Bar**       **Belly Dancing**

### Your Lebanese Restuarant and Hookah Lounge in Sterling, VA

**Hookah Lounge**

Are you looking for a hookah lounge in an atmosphere that is warm, inviting, and family friendly? A place where you can relax alone after a long day's work or gather with your friends and family for an instant party?

**Lebanese Cuisine**

We bring the authentic and time-honored tradition of middle eastern cuisine to the Loudoun County area in an inviting and affordable setting.

Our recipes have been passed down from generation to generation, from our family to yours. Stop in today and enjoy middle-eastern cooking at its finest.



**We would like to hear from you !**

* Indicates required field

Name *

First

Last

Email *

Phone Number *

Comment *

SUBMIT

# Events

## Hookah Lounge :

Looking for some entertainment? Maybe a night out with the guys or girls? Why not make it a Sahara Hookah Lounge night? We've got lots to offer.

- FULL...FULL...FULL...BAR
- Best Lebanese Cuisine
- Best Hookah
- DJ Nights
- Karaoke Night
- Live Entertainment
- Belly Dancing Shows
- Fun, competitive contests with CASH prizes, such as: Best Dressed Lady Night
- Out Door Seating offered

***Happy Hour, 12pm-6pm, EVERYDAY!!! $10 Hookahs, $5 Sandwiches & $10 Pizzas.
Not valid on the Sahara Special and the Fruit Heads***

Stop in today or call us at 703-421-8251 for more information.

# Our Menus



**Lebanese Starters**

Veggie Platter Hummus, Baba Ghanouge, Grape Leaves Falafel and Tabbouleh $17.99
Add Chicken or Kufta kabob $8.00
Add Gyro Meat $6.00
Add Beef Kabob $7.99
Add Lamb Kabob $7.99

Grilled Halloumi Cheese Grilled goat cheese with olives & pickles. $11.00

Falafel Chickpeas and fava beans fritters served with tahini sauce and veggies $6.00

Chicken Wings (Bbq, Hot or 911) $9.99

Mozzarella Sticks with Marinara Sauce. $6.66

Hummus (Add Meat or Chicken chicerttes $4.00) Chickpeas, tahini, squeezed lemon, garlic & olive oil. $8.00

Baba Ghanouge Smoked eggplant, tahini, fresh squeezed lemon, garlic, and olive oil. $8.00

Labneh Slightly salted yogurt with olive oil. $8.00

Grape Leaves Rolled with rice, mint, and spices. $8.00

Foul Mudammas Fava beans, chickpeas, fresh squeezed lemon, garlic, and olive oil. $8.00

Fried Calamari Fresh squid served with Marmara Sauce. $14.99

Fried Shrimp Fried prawn with sauce. $15.99

Fried Chicken Tenders with Ranch Dressing $11.99

**Soup & Salad**

Soup of the Day
Handmade Chicken and/or Lentil $9.99

Seafood Soup Shrimp, clams, mussels in fresh tomato, garlic, and cilantro broth $14.99

Chicken Mediterranean Salad Slices of grilled marinated chicken stripes over a bed of mixed greens with feta cheese and Caesar dressing. $14.99

Tabbouleh Parsley salad with burghul, tomatoes, onions, fresh mint fresh squeezed lemon and olive oil. $9.99

Yogurt Cucumber Yogurt, cucumber garlic and mint $6.00

Wedge Salad Iceberg Lettuce with Tomatoes, Onions Onion with Ranch Dressing $10.00

**Sandwiches**
(All Sandwiches are served with Complementary French Fries & Pickles)

Meat Shawarma Sandwich Tahini sauce, onions, tomatoes and pickles $11.99

Chicken Shawarma Sandwich Garlic puree, onions, tomatoes, and pickles. $11.99

Kufta Kabab Sandwich Tahini sauce, onions, tomatoes and pickles $11.99

Shish Tawook Sandwich Garlic puree, onions, tomatoes, and pickles $11.99

Grilled Halloumi Sandwich Tomatoes, cucumbers, olives and pickles $11.99

Falafel Sandwich Lettuce, tomatoes, onions, pickles, tahini. $9.99

Gyro Sandwich Yogurt cucumber sauce, lettuce, tomatoes, onions, and feta cheese. $11.99

Labneh Sandwich Tomatoes, cucumbers, pickles, and olive oil. $9.99

**All Desserts**

N.Y. Cheesecake Traditional New York cheesecake flavored with a hint of vanilla on a graham cake base. $7.70

Tiramisu Espresso crème-dabbed lay-firs layers of espresso soaked sponge cake and dusted with cocoa powder. $7.50

Chocolate Fondant Chocolate layer cake filled with a rich chocolate cream, topped with a chocolate mirror and dusted with chocolate flakes. $7.70

Chocolate Mousse Rich chocolate mousse and petisseu topped with chocolate curls. $5.50

Coppa Café Pair of little petite-with-bold coffee and petit mascarpone. $5.50

Baklava Baked pastry made of layers of phyllo dough filled with chopped nuts and sweetened with orange blossom syrup $7.50

Fruit Ripieno Sorbet Rosticeller served in its natural fruit shell Choose from Mango, Coconut, Orange, Peach and Lemon $7.50

**Specialty Drinks**

Sahara Magic Vodka, Rum, Malibu Rum, Cranberry juice OJ and Pina Colada Rim $11.70

Charmless Arale Vodka, Peach Schnapps, OJ and Chambord Raspberry Liquor $12.50

Candy Candy Vodka, Rum, Gin, Blue Curacao and splash $14.70

Pomegranate Martini Gin, Dry Vermouth, and Pomegranate juice $14.50

Mango Mojito Rum, Club Soda, Sugar Syrup, Fresh Mint Fresh Mango Juice and Lime $12.70

**Beverages**

Smoothies $5.49
Juice $7.50
Expresso $5.99
Arabic Coffee $3.99
Energy Drinks $5.99
Hot Tea/Coffee $5.50
Nescafe $3.99
Soda $2.99
Bottled Water $2.00

**Lebanese White Wine**

KSARA Blanc de l'Observatoire Glass $14.50 Bottle $52.00

WARDY Sauvignon Blanc Glass $15.50 Bottle $60.50

BORGO BOSCHETTO Pinot Grigio Glass $13.50 Bottle $50.50

ST. THOMAS Chardonnay Glass $15.50 Bottle $60.50

**Lebanese Red Wine**

KSARA Prieure Glass $14.50 Bottle $52.50 Reserve du Couvent

**Entrees / Kababs**
Served with sauteed vegetables, bismreti rice and homemade baked pita bread.

Mixed Grill Combination of lamb, chicken and kufta kabab. $25.99

Lamb Kabab Pomegranate Grilled marinated tender lamb sirloin. $22.99

Lamb Kabab Grilled marinated tender lamb sirloins $20.50

Beef Kabab Grilled marinated beef tenderloin. $17.99

Kufta Kabab Grassed beef and lamb with parsley Onions, herbs and 7 spices. $17.99

Shish Tawook Grilled marinated boneless chix breast $17.99

Meet Shawarma Sliced marinated lamb and beef in 7 spices served with tahini sauce. $17.99

Chicken Shawarma Sweet marinated boneless chicken breast in 7 spices served with garlic puree. $17.99

Gyro Platter Beef and lamb strips with yogurt cucumber sauce, shredded lettuce, tomatoes, onions, salad and fries. $17.99